90 A.3d 1256

IN THE MATTER OF HOWARD P. SCHIFF, AN ATTORNEY
AT LAW (ATTORNEY NO. 241731968).

May 29, 2014.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–034 of **HOWARD P. SCHIFF** of **WEST LONG BRANCH,** who was admitted to the bar of this State in 1968;

And the District IX Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 3.3(a) (making a false statement of fact or law to a tribunal), *RPC* 5.3(c)(1) (failure to supervise non-lawyer employees), *RPC* 8.4(a) (conduct that violates or attempts to violate the *Rules of Professional Conduct,* knowingly assist or induce another to do so, or do so through the acts of another), and *RPC* 8.4(c) (conduct that involves dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 3.3(a), *RPC* 5.3(c)(1), *RPC* 8.4(a), and *RPC* 8.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IX–2013–0013E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HOWARD P. SCHIFF** of **WEST LONG BRANCH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.